DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MITCHELL AND WHITAKER

No. 109 PC.

Case below: 29 N.C. App. 4.

Petition by defendant Whitaker for discretionary review under G.S. 7A-31 denied 17 June 1976.

STATE v. PAIVA

No. 141 PC.

Case below: 29 N.C. App. 186.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 June 1976.

STATE v. RAINES

No. 160 PC.

Case below: 29 N.C. App. 303.

Petition by defendants for discretionary review under G.S. 7A-31 denied 17 June 1976.

SWAIM v. VESTAL

No. 144 PC.

Case below: 29 N.C. App. 186.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 June 1976.

WILSON v. TURNER

No. 138 PC.

Case below: 29 N.C. App. 101.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 June 1976.